**HOLLISTER INCORPORATED, Plaintiff–Appellant,**

v.

**CONVATEC INC., Defendant–Appellee.**

No. 2011–1617.

United States Court of Appeals, Federal Circuit.

June 19, 2012.

Jeffrey W. Sarles, Mayer Brown, LLP, of Chicago, IL, argued for plaintiff-appel-

lant. With him on the brief was David M. Berger.

Robert S. Mallin, Brinks Hofer Gilson & Lione, of Chicago, IL, argued for defendant-appellee. With him on the brief were Cynthia A. Homan, Dominic P. Zanfardino and Raquel C. Rodriguez.

NEWMAN, MOORE, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**